# UNITED STATES DISTRICT COURT
## SENTENCING MINUTES

Date**: 11/17/2022**                                Case No.**:   1:22-CR-155**
Time: **11:02-11:27**                               Judge**:      Hon. Anthony J. Trenga**
                                                    Reporter **:   Stephanie Austin**
**UNITED STATES of AMERICA**                        Deputy Clerk: **Dani Zirk**
                                                    Interpreter**:**
      V.                                            Language**:**

**GINGER LILLIAN CARLIN**

Counsel for Defendant                               Counsel for Government
**Thomas Walsh**                                    **Bibeane Metsch**
                                                    **Madeleine Case**

Court adopts PSI (**X**) without exceptions (   ) with exceptions:  **Govt. has no objections to the PSIR. No objections to the PSIR by the deft.**

**SENTENCING GUIDELINES** :
Offense Level**:    27**
Criminal History:    **I**
Imprisonment Range:   **70**  to  **87**  months
Supervised Probation:   **Ineligible**
Supervised Release:  **2**  to  **5**  years
Fine Range: $**30,000** to **$10,000,000**
Restitution $
Special Assessment: **$100**

**JUDGMENT OF THE COURT:**
BOP for a term of  **36**  months.
Supervised Release for a total of  **5**  years, with special conditions.
Supervised Probation for ___months, with special conditions.
Fine Imposed of $___ due and payable immediately.
Restitution of $_____payable immediately.
Special Assessment **$100**
(**X**) Fine/costs of incarceration waived.

**SPECIAL CONDITIONS**:
**X**    The defendant shall provide the probation officer access to any requested financial information.
**X**    If the defendant tests positive for controlled substance or shows signs of alcohol abuse, the defendant shall participate in a program approved by the United States Probation Office for substance abuse, which program may include residential treatment and testing to determine whether the defendant has reverted to the use of drugs or alcohol, with partial cost to be paid by the defendant, all as directed by the probation officer.
**X**    The defendant shall participate in a program approved by the United States Probation Office for mental health treatment. The cost of this program is to be paid by the defendant as directed by the probation officer.

**RECOMMENDATIONS to BOP**:
**X**    Dft. to be designated to FPC Alderson, if available and appropriate
____    Dft. designated to facility to participate in ICC (Boot Camp) type program
**X**    Dft. to participate in the BOP 500 Hour Residential Drug Abuse Treatment Program (RDAP).

Defendant: (  )  Remanded    (  )  Cont'd on Bond    (  ) Referred to USPO    (**X**) Self-surrender