# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| v. | ) | 1:22-CR-155 |
| **GINGER CARLIN,** | ) | Honorable Anthony Trenga |

## ORDER

THIS CAUSE comes on the Defendant's Motion to Change Home Incarceration to Home Detention with timeouts.

It appearing such cause is just and proper it is hereby:

ORDERED that Ginger Carlin's confinement be changed from Home Incarceration to Home Detention with Timeouts.

ENTERED on this _____ day of December, 2022.

_____

Anthony Trenga
Judge, U.S. District Court